LYNN V. RIVERA, ESQ.
Nevada Bar No. 6797
**HOMAN, STONE & ROSSI, APC**
2032 Whitecliff Drive
Reno, Nevada 89521
Telephone:    (775) 285-6580
Facsimile:    (775) 200-0482
Email:        lrivera@homan-stone.com

**Mailing Address:**
1461 Ford Street, Suite 201
Redlands, California 92373

Attorney for Defendant
Home Depot U.S.A., INC.

# UNITED STATES DISTRICT COURT

# STATE OF NEVADA

| | |
|---|---|
| MARIA CASTRO DE DARR, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation doing business as THE HOME DEPOT; DOES I-X, individually; and ROEs XI-XX,<br><br>Defendants. | **Case No.:** 2:24-CV-01051-CDS-DJA<br><br>Complaint Filed:  May 9, 2024<br><br>**SECOND AMENDED SCHEDULING ORDER PURSUANT TO LR-26.1**<br><br>**(First Request)** |

Comes Now the Parties and responds to this Honorable Court's order requiring additional information be provided with respect to remaining discovery. The Parties respond as follows:

1. <u>Discovery complete</u>: To date, the Parties have exchanged Disclosures and Plaintiff has responded to written discovery, the parties have negotiated the confidentiality stipulation and noticed the deposition on the Plaintiff.

2. <u>Discovery remaining</u>: The Parties intend to conduct further discovery including depositions and an IME of the Plaintiff which have been delayed due to the negotiation of a confidentiality stipulation. Plaintiff intends to depose Home Depot employees and potentially do a site inspection.

3. <u>Describe of why remaining discovery has not been completed within the time limits previously set by the Court</u>: The Parties have good cause for the 90-day extension of the discovery deadlines because Plaintiff's injuries are complex and medical records are still being received. Additionally, due to a delay in an agreement on the confidentiality stipulation, which was recently entered by this Honorable Court, Home Depot was unable to provide the CCTV to Plaintiff and depose the Plaintiff. After entry of the confidentiality stipulation the CCTV was provided to the Plaintiff and the Parties agreed upon a deposition date.

4. <u>Proposed schedule for completing all remaining discovery</u>: Based on the foregoing, the Parties respectfully request that the Court grant their joint request to extend the expert discovery deadlines, as follows:

| Event | Current Dates | Proposed Dates |
|---|---|---|
| Discovery Cut Off | January 31, 2025 | May 1, 2025 |
| Last day to add parties or amend pleadings | November 1, 2024 | January 30, 2025 |
| Last day to make Initial Expert Disclosures | December 2, 2024 | March 2, 2025 |

| Last Day to make Rebuttal Expert Disclosure | January 3, 2025 | April 3, 2025 |
|---|---|---|
| Dispositive Motions | March 3, 2025 | June 1, 2025 |
| Last Day to Pretrial Order | April 2, 2025 | July 1, 2025 |

Pursuant to Local Rule 26-4, this Stipulation is submitted 21 days before the first deadline. The Parties' request is made in good faith and not for purposes of delay.

Dated this 10th day of October, 2024.                    Dated this 10th day of October, 2024.

**IT IS SO STIPULATED AND AGREED.**

DATED: October 10, 2024            **BENSON ALLRED INJURY LAW**

 /s/ JOSHUA BENSON
JOSHUA BENSON
NEVADA STATE BAR NO. 10514

*Attorneys for Plaintiff*
Maria Castro De Darr

DATED:  October 10, 2024           **HOMAN, STONE & ROSSI, APC**

By _____
LYNN V. RIVERA
NEVADAN BAR NO. 6797
*Attorneys for Defendan*t
Home Depot U.S.A., INC.

GOOD CAUSE APPEARING, IT IS SO ORDERED,

On this  11th   day of   October      , 2024.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing **SECOND AMENDED SCHEDULING ORDER** was served. on October 10 2024, by:

[ ] **BY U.S. MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada, addressed as set forth below.

[ ] **BY FACSIMILE**: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.  A printed transmission record is attached to the file copy of this document.

[ ] **BY PERSONAL SERVICE**: by causing personal delivery by an employee of Homan, Stone & Rossi, APC of the document(s) listed above to the person(s) at the address(es) set forth below.

[X] **BY ELECTRONIC SERVICE**: by transmitting via the Court's electronic filing service and/or otherwise electronically serving the document(s) listed above to the Counsel set forth on the service list on this date.

Joshua L. Benson, Esq.
BENSON ALLRED
333 N. Rancho Drive, Suite 420
Las Vegas, NV 89106

josh@bensonallred.com
teresa@bensonallred.com

Tel: 702-820-0000
Fax: 702-820-1111

*Attorneys for Plaintiff*

                                            */s/ Carla Banuelos*
                                            An Employee of Homan, Stone & Rossi, A.P.C.