Joshua L. Benson, Esq.
Nevada Bar No. 10514
BENSON ALLRED
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106
Telephone: (702) 820-0000
Facsimile: (702) 820-1111
E-mail: josh@bensonallred.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MARIA CASTRO DE DARR, individually; <br><br> Plaintiff, <br> v. <br><br> HOME DEPOT U.S.A., INC., a Delaware corporation doing business as THE HOME DEPOT; DOES I-X, individually; and ROE CORPORATIONS XI-XX; <br><br> Defendants. | CASE NO.: 2:24-cv-01051-CDS-DJA |

**<u>STIPULATION AND ORDER TO CONTINUE DEADLINE FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER</u>**

On August 20, 2025, Defendant Home Depot U.S.A., Inc. filed a Motion for Protective Order Precluding the Deposition of Tiffanie Hill. The current deadline to file a response to Defendant's Motion is September 3, 2025. The parties hereby stipulate as follows:

///

///

///

///

///

///

///

///

///

- 1 -

## I. REASON THE EXTENSION IS NEEDED

The deposition of FED. R. CIV. P. 30(b)(6) of Defendant HOME DEPOT U.S.A., INC. is currently scheduled for September 17, 2025. The parties request that the deadline to file Plaintiff's response to Defendant's Motion for Protective Order be continued to September 24, 2025, to see if the deposition renders Defendant's Motion moot.

The parties hereby stipulate to extend the deadline to file Plaintiff's response to Defendant's Motion for Protective Order to **September 24, 2025**.

**IT IS SO STIPULATED.**

Dated this 3rd day of September, 2025.

| BENSON ALLRED INJURY LAW | HOMAN, STONE & ROSSI, APC |
|---|---|
| */s/ Joshua Benson* <br> Joshua L. Benson, Esq. <br> Nevada Bar No. 10514 <br> 333 N. Rancho Drive, Suite 420 <br> Las Vegas, Nevada 89106 <br> *Attorneys for Plaintiff* | */s/ Lynn Rivera* <br> Lynn V. Rivera, Esq. <br> Nevada Bar No. 6797 <br> 2032 Whitecliff Drive <br> Reno, Nevada 89521 <br> *Attorneys for Defendant* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
DATED: 9/4/2025