LYNN V. RIVERA, ESQ.
Nevada Bar No. 6797
**HOMAN, STONE & ROSSI, APC**
2032 Whitecliff Drive
Reno, Nevada 89521
Telephone: (775) 285-6580
Facsimile: (775) 200-0482
Email: lrivera@homan-stone.com

<u>Mailing Address:</u>
1461 Ford Street, Suite 201
Redlands, California 92373

*Attorney for Defendant*
Home Depot U.S.A., INC.

# UNITED STATES DISTRICT COURT

## STATE OF NEVADA

| | |
|---|---|
| MARIA CASTRO DE DARR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation doing business as THE HOME DEPOT; DOES I-X, individually; and ROEs XI-XX;<br><br>Defendants. | **Case No.:** 2:24-CV-01051-CDS-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR DEFENDANT TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO HOME DEPOT'S MOTION FOR PROTECTIVE ORDER**<br><br>Complaint Filed: May 9, 2024 |

On August 20, 2025, Defendant Home Depot U.S.A., Inc. filed a Motion for Protective Order seeking to preclude the deposition of Tiffanie Hill. Plaintiff Maria Castro De Darr filed a Response to the Motion on September 24, 2025, and also a Supplement on October 1, 2025. Defendant requested additional time to file the Reply as a professional courtesy due to an inability to meet the deadline. The current deadline to file a Reply to Defendant's Motion is October 1, 2025, and the hearing is set for

STIPULATION AND ORDER TO CONTINUE DEADLINE FOR DEFENDANT TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO HOME DEPOT'S MOTION FOR PROTECTIVE ORDER

Case No. 2:24-CV-01051-CDS-DJA

1

October 22, 2025. No party will be prejudiced by the extension of time. Therefore, the Parties hereby stipulate to an extension of time and Home Depot's Reply is now due on October 6, 2025.

**IT IS SO STIPULATED.**

Dated this 1st day of October 2025

| BENSON ALLRED INJURY LAW | HOMAN, STONE & ROSSI, APC |
|---|---|
| */s/ Joshua L. Benson* <br> Joshua L. Benson, Esq. <br> Nevada Bar No. 10514 <br> 333 N. Rancho Drive, Suite 420 <br> Las Vegas, Nevada 89106 <br> *Attorneys for Plaintiff* | */s/  Lynn V. Rivera* <br> Lynn V. Rivera, Esq. <br> Nevada Bar No. 6797 <br> 2032 Whitecliff Drive <br> Reno, Nevada 89521 <br> *Attorneys for Defendant* |

## ORDER

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: 10/3/2025

**UNITED STATES MAGISTRATE JUDGE**

---

STIPULATION AND ORDER TO CONTINUE DEADLINE FOR DEFENDANT TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO HOME DEPOT'S MOTION FOR PROTECTIVE ORDER

Case No. 2:24-CV-01051-CDS-DJA

2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing **STIPULATION AND ORDER TO CONTINUE DEADLINE FOR DEFENDANT TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO HOME DEPOT'S MOTION FOR PROTECTIVE ORDER**   was served this 1st day of October 2025 by:

[ ]   **BY U.S. MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada, addressed as set forth below.

[ ]   **BY FACSIMILE**: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.  A printed transmission record is attached to the file copy of this document.

[ ]   **BY PERSONAL SERVICE**: by causing personal delivery by an employee of Homan, Stone & Rossi, APC of the document(s) listed above to the person(s) at the address(es) set forth below.

[X]   **BY ELECTRONIC SERVICE**: by transmitting electronically the document(s) listed above to the Counsel set forth on the service list on this date.

Joshua L. Benson, Esq.
BENSON ALLRED
333 N. Rancho Drive, Suite 420
Las Vegas, NV 89106

josh@bensonallred.com
teresa@bensonallred.com

Tel: 702-820-0000
Fax: 702-820-1111

*Attorneys for Plaintiff*

                                   */s/Carla Banuelos*
                                   An employee of Homan, Stone & Rossi, APC

STIPULATION AND ORDER TO CONTINUE DEADLINE FOR DEFENDANT TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO HOME DEPOT'S MOTION FOR PROTECTIVE ORDER

Case No. 2:24-CV-01051-CDS-DJA

3