LYNN V. RIVERA, ESQ.
Nevada Bar No. 6797
**HOMAN, STONE & ROSSI, APC**
2032 Whitecliff Drive
Reno, Nevada 89521
Telephone:   (775) 285-6580
Facsimile:   (775) 200-0482
Email:        lrivera@homan-stone.com

<u>Mailing Address:</u>
1461 Ford Street, Suite 201
Redlands, California 92373

*Attorneys for Defendant*
Home Depot U.S.A., INC.

# UNITED STATES DISTRICT COURT

# STATE OF NEVADA

| | |
|---|---|
| MARIA CASTRO DE DARR, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation doing business as THE HOME DEPOT; DOES I-X, individually; and ROEs XI-XX;<br><br>　　　　Defendants. | **Case No.:** 2:24-CV-01051-CDS-DJA<br><br>**MOTION FOR REMOTE APPEARANCE AT HEARING ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER**<br><br>Complaint Filed:  May 9, 2024 |

　　　　Comes Now counsel for Home Depot, U.S.A., Inc. and hereby files this Motion for Remote Appearance for the hearing on Home Depot's Motion for Protective Order set for October 22, 2025 at 3:30 pm.  It would be difficult for Counsel to appear in person because Counsel is in trial in Los Angeles. <u>See</u> Declaration of Lynn Rivera. Therefore, Counsel respectfully requests the Court allow a

---

MOTION FOR REMOTE APPEARANCE                                          Case No. 2:24-CV-01051-CDS-DJA

remote appearance. Counsel will be fully prepared for the hearing set by the Court despite the ongoing trial in California and the remote appearance.

### **DECLARATION OF LYNN RIVERA**

I am counsel of record for Home Depot U.S.A, Inc. and if called to testify, I swear to the following under penalty of perjury under the laws of the United States and Nevada:

1. I am currently first chair in a lengthy wrongful death trial venued in Los Angeles, California in the case of Avalos v. Mier et. al.
2. It would prejudice my client if I was required to travel to Las Vegas to attend a hearing given I have to appear at trial.
3. I will be fully prepared for the hearing despite the ongoing trial.

DATED this 21st Day of October 2025

**HOMAN, STONE & ROSSI, APC**

By _/s/ Lynn V. Rivera_
Lynn Rivera, Esq.
*Attorneys for Defendant*
HOME DEPOT U.S.A., INC.

Dated: 10/21/2025

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

MOTION FOR REMOTE APPEARANCE

Case No. 2:24-CV-01051-CDS-DJA

2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing **MOTION FOR REMOTE APPEARANCE** was served this 21st day of October, 2025, by:

[ ]  **BY U.S. MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada, addressed as set forth below.

[ ]  **BY FACSIMILE**: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date. A printed transmission record is attached to the file copy of this document.

[ ]  **BY PERSONAL SERVICE**: by causing personal delivery by an employee of Homan, Stone & Rossi, APC of the document(s) listed above to the person(s) at the address(es) set forth below.

[X]  **BY ELECTRONIC SERVICE**: by transmitting electronically the document(s) listed above to the Counsel set forth on the service list on this date.


Joshua L. Benson, Esq.
BENSON ALLRED
333 N. Rancho Drive, Suite 420
Las Vegas, NV 89106

josh@bensonallred.com
teresa@bensonallred.com

Tel: 702-820-0000
Fax: 702-820-1111


*Attorneys for Plaintiff*

                                                                 */s/Becky Kruswicki*
                                                                 An employee of Homan, Stone, & Rossi, APC