Lynn Rivera (State Bar No. 196602)
*lrivera@zellaw.com*
LYNN V. RIVERA, ESQ.
Nevada Bar No. 6797
**ZELMS ERLICH LENKOV**
20920 Warner Center Lane, Suite B
Woodland Hills, California 91367
Telephone: (213) 258-1237
Facsimile:  (818) 279-2550

*Attorneys for Defendant*
HOME DEPOT U.S.A., INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA CASTRO DE DARR, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation doing business as THE HOME DEPOT; DOES I-X, individually; and ROEs XI-XX,<br><br>    Defendants. | Case No.: 2:24-CV-01051-CDS-DJA<br><br>**STIPULATION AND SCHEDULING ORDER PURSUANT**<br><br>(*Sixth Request*) |

Comes now HOME DEPOT U.S.A., INC. and Plaintiff MARIA DE CASTRO DARR (collectively hereinafter the "Parties"), through their Counsel of Record, and hereby stipulate to this extension of the remaining discovery deadlines. The Parties have been working diligently in discovery and have attended mediation and served Initial Expert Designation.  Pursuant to FRCP and LR-26.1, the Parties state and hereby stipulate as follows:

///

///

1

**STIPULATION AND SCHEDULING ORDER**

ZELMS
ERLICH
LENKOV   California | New Mexico | Arizona | Texas

1.    <u>Discovery Completed</u>:

To date, the Parties have exchanged Initial and supplemental Disclosures.  Plaintiff and Home Depot have responded to written discovery.  Home Depot conducted an Orthopedic Independent Medical Examination of the Plaintiff.  Home Depot has completed the depositions of the Plaintiff and her husband.  Plaintiff has completed the depositions of two former Home Depot associates and one of Home Depot's 0(b)(6) witnesses.   The parties have also served initial expert designation.

2.    <u>Discovery Remaining</u>:

The Parties intend to engage in additional expert discovery including serving rebuttal reports and conducting depositions of a second 30(b)(b) deposition, Home Depot's in-house legal specialist Tiffanie Hill, and a deposition of a third Home Depot Associate.

3.    <u>Why Remaining Discovery Has Not Been Completed</u>:

The Parties have good cause for the 60-day extension of the discovery deadlines because Plaintiff's injuries are complex, she is still engaged in medical treatment, and medical records are still being received. The Parties met and conferred on Home Depot's discovery responses, and Home Depot is in the process of researching its corporate records to obtain additional business records. Additionally, a second 30(b)(6) needs to be conducted, as well as the deposition of Tiffanie Hill.  The delay in conducting the discovery was due to Counsel for Home Depot traveling during the holidays, Counsel for Home Depot was also in trial in San Diego in the first week of January and, thereafter, moving firms with the litigation file on January 12, 2026.  This request is made in good faith and not for the purpose of delay.

4.    <u>Proposed Schedule for Completing All Remaining Discovery</u>:

Based on the foregoing, the Parties respectfully request that the Court grant their joint request to extend the discovery deadlines, as follows:

///

///

///

///

///

2

**STIPULATION AND SCHEDULING ORDER**

| Event | Current Date | New Date |
|---|---|---|
| Discovery Cut Off | March 2, 2026 | May 1, 2026 |
| Last Day to make Rebuttal      Expert Disclosure | January 29, 2026 | March 30, 2026 |
| Dispositive Motions | April 6, 2026 | June 5, 2026 |
| Last Day to File Pretrial Order | April 30, 2026 | June 29, 2026 |

This Stipulation was not submitted 21 days before the first deadline pursuant to Local Rule 26-1. However, it was submitted as soon as practicable after Counsel for Home Dept moved firms with the litigation file.

**IT IS SO STIPULATED AND AGREED.**

DATED:  January 22, 2026          **BENSON ALLRED INJURY LAW**

By /s/ JOSHUA BENSON
JOSHUA BENSON
NEVADA STATE BAR NO. 10514
*Attorneys for Plaintiff*
Maria Castro De Darr

DATED:  January 22, 2026          **ZELMS ERLICH LENKOV**

By  /s/ LYNN V. RIVERA
LYNN V. RIVERA
NEVADAN BAR NO. 6797
*Attorneys for Defendant*
Home Depot U.S.A., INC.

GOOD CAUSE APPEARING, it is so ORDERED.

On this __23rd__ day of __January__, 2026.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3

**STIPULATION AND SCHEDULING ORDER**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of January 2026, I electronically transmitted a true and correct copy of the foregoing Notice of Association to the Clerk's Office using the Electronic Case Filing (ECF) System, and I served a copy of the foregoing via U.S. Mail, postage prepaid, and E-mail to the following counsel of record:

| | |
|---|---|
| Joshua L. Benson, Esq. | Telephone: (702) 820-0000 |
| BENSON ALLRED | Facsimile: (702) 820-1111 |
| 333 N. Rancho Drive, Suite 420 | Email: josh@bensonallred.com |
| Las Vegas, NV 89106 | porter@bensonallred.com |
| | teresa@bensonallred.com |
| | whitney@bensonallred.com |
| | |
| | Attorney for **Plaintiff** |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Executed on January 22, 2026, at San Diego, California.

_____
Erika Muñoz

1

**PROOF OF SERVICE**