Joshua L. Benson, Esq.
Nevada Bar No. 10514
BENSON ALLRED
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106
Telephone: (702) 820-0000
Facsimile: (702) 820-1111
E-mail:josh@bensonallred.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MARIA CASTRO DE DARR, individually,

        Plaintiff,

v.

HOME DEPOT U.S.A., INC., a Delaware corporation doing business as THE HOME DEPOT; DOES O-X, individually; and ROEs XI-XX;

        Defendants.

Case No.  2:24-cv-01051-CDS-DJA

## STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE PROPOSED JOINT PRETRIAL ORDER (FIRST REQUEST)

The parties, by and through their undersigned counsel of record, hereby stipulate and agree to an extension of the deadline to file the Proposed Joint Pretrial Order.

The Proposed Joint Pretrial Order is currently due on June 29, 2026. The parties have scheduled a private mediation before the Honorable Jennifer Togliatti (Ret.) on August 18, 2026, in the hope of resolving this matter without further litigation.

///

///

///

///

///

///

///

///

1

Accordingly, the parties stipulate and jointly request that the Court extend the deadline to file the Proposed Joint Pretrial Order to September 17, 2026.

**IT IS SO STIPULATED.**

Dated this 26th of June, 2026.

BENSON ALLRED INJURY LAW                ZELMS ERLICH LENKOV


*/s/ Joshua Benson*                              */s/  Lynn Rivera*
Joshua L. Benson, Esq.                        Lynn V. Rivera, Esq.
Nevada Bar No. 10514                         Nevada Bar No. 6797
333 N. Rancho Drive, Suite 420            20920 Warner Center Lane, Suite B
Las Vegas, Nevada 89106                     Woodland Hills, California 91367
*Attorneys for Plaintiff*                          *Attorneys for Defendant*


**IT IS SO ORDERED.**


DATED:  6/26/2026



DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2