Joshua L. Benson, Esq.
Nevada Bar No. 10514
BENSON ALLRED
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106
Telephone: (702) 820-0000
Facsimile: (702) 820-1111
E-mail:josh@bensonallred.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARIA CASTRO DE DARR, individually,

Plaintiff

v.

HOME DEPOT U.S.A., INC., a Delaware corporation doing business as THE HOME DEPOT; DOES O-X, individually; and ROEs XI-XX;

Defendant

Case No. 2:24-cv-01051-CDS-DJA

**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE PROPOSED JOINT PRETRIAL ORDER (SECOND REQUEST)**

[ECF No. 53]

The parties, by and through their undersigned counsel of record, hereby stipulate and agree to an extension of the deadline to file the Proposed Joint Pretrial Order.

The Proposed Joint Pretrial Order is currently due on October 22, 2026. Due to the parties' respective schedules, the parties jointly request a two-week extension of the deadline to allow sufficient time to finalize the Proposed Joint Pretrial Order.

Accordingly, the parties stipulate and jointly request that the Court extend the deadline to file the Proposed Joint Pretrial Order to November 5, 2026.

///

///

///

///

///

Accordingly, the parties stipulate and jointly request that the Court extend the deadline to file the Proposed Joint Pretrial Order to November 5, 2026.

**IT IS SO STIPULATED.**

Dated this 22nd of October, 2026.

BENSON ALLRED INJURY LAW

*/s/ Joshua Benson*
Joshua L. Benson, Esq.
Nevada Bar No. 10514
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106
*Attorneys for Plaintiff*

ZELMS ERLICH LENKOV

*/s/ Lynn Rivera*
Lynn V. Rivera, Esq.
Nevada Bar No. 6797
20920 Warner Center Lane, Suite B
Woodland Hills, California 91367
*Attorneys for Defendant*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

Dated: October 23, 2026